IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dennis Holt,                          :
                                      :
            Plaintiff,                :
                                      :
                                      :   Case Number: 1:19cv593
    vs.                               :
                                      :   Judge Susan J. Dlott
Legal Clerk Hockett, et al.,          :
                                      :
            Defendants.               :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate

Judge Stephanie K. Bowman filed on April 14, 2021(Doc. 26), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired April 28, 2021, hereby

ADOPTS said Report and Recommendations.

Accordingly, it is Ordered that Defendant's motion for summary judgment (doc. 23) is

Granted and that judgment be entered in Defendants' favor with prejudice based upon Plaintiff's

failure to prosecute. It is further Ordered that plaintiff's motion for immediate transfer to another

level 4 prison (Doc. 22) is Denied as Moot. This case is hereby closed upon the Court's active

docket.

            IT IS SO ORDERED.

                                            _____
                                            Judge Susan J. Dlott
                                            United States District Court